■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY TYRONE WILLIAMS, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 10, 1975, convicting him of robbery in the first degree and grand larceny in the second degree, upon a jury verdict, and imposing sentence. By a prior order of this court the case was remanded to the County Court to hear and report on the issue whether either the prearraignment or postindictment delay was occasioned by the District Attorney, and the appeal has been held in abeyance in the interim *(People v Williams,* 54 AD2d 723). Such further hearing has been held and the report concludes that the People have shown good cause for the delay. Judgment affirmed. No opinion. Margett, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.

■ P. VINCENT NEE et al., Appellants, v NEW YORK STATE COMMUNITY HOUSING AND RENEWAL AGENCY et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review two determinations of the respondent New York State Division of Housing and Community Renewal (sued herein as the New York State Community Housing and Renewal Agency) which, after a hearing, granted rent increases to the respondent housing companies, petitioners appeal from a judgment of the Supreme Court, Westchester County, entered December 23, 1976, which dismissed the petition. Judgment affirmed, without costs or disbursements. Special Term correctly dismissed the petition. Whether viewed under the substantial evidence or the arbitrary and capricious test, the determinations made were proper (see *Matter of Fuller v Urstadt,* 28 NY2d 315; *Matter of Sullo [Goodwin],* NYLJ, June 25, 1976, p 5, col 6). *Margett, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.*